DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELVIN K. WILSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2234

[October 15, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan and Leatha D. Mullins, Judges; L.T. Case No. 2009000344CFA.

Kelvin K. Wilson, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided).

MAY, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***